## RECONSIDERATION DOCKET

**95–2140. State ex rel. Pearson v. Indus. Comm.**
Franklin App. No. 94APD08–1240. Reported at 82 Ohio St.3d 180, 694 N.E.2d 965. On motion for reconsideration. Motion denied.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**97–239. State v. Mason.**
Marion App. No. 9–94–51. Reported at 82 Ohio St.3d 144, 694 N.E.2d 932. On motion for reconsideration. Motion denied.

**97–1130. State v. Goff.**
Clinton App. No. CA95–09–026. Reported at 82 Ohio St.3d 123, 694 N.E.2d 916. On motion for reconsideration. Motion denied.

**98–620. State v. Spivey.**
Mahoning App. No. 89 C.A. 172. Reported at 82 Ohio St.3d 1449, 695 N.E.2d 776. On motion for reconsideration. Motion granted, appeal restored to the active docket, and memorandum in support of jurisdiction and memorandum in response considered merit briefs.

DOUGLAS, J., would grant the motion for reconsideration and grant leave to draft and file merit briefs.